IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lang, Christopher W

Printed: 12/19/07

Case Number: 04 B 16278
Judge: Goldgar, A. Benjamin
Filed: 4/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 6, 2007
Confirmed: July 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,009.42 |  |
| Secured: |  | 500.00 |
| Unsecured: |  | 1,692.33 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,559.40 |
| Trustee Fee: |  | 257.69 |
| Other Funds: |  | 0.00 |
| Totals: | 5,009.42 | 5,009.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,559.40 | 2,559.40 |
| 2. | Central Furniture | Secured | 500.00 | 500.00 |
| 3. | Asset Acceptance | Unsecured | 236.07 | 301.29 |
| 4. | Portfolio Recovery Associates | Unsecured | 129.65 | 165.46 |
| 5. | ECast Settlement Corp | Unsecured | 83.63 | 106.74 |
| 6. | Credigy Receiveables Inc | Unsecured | 188.24 | 240.25 |
| 7. | First National Bank Of Marin | Unsecured | 69.72 | 88.98 |
| 8. | ECast Settlement Corp | Unsecured | 251.52 | 321.01 |
| 9. | Central Furniture | Unsecured | 32.11 | 40.98 |
| 10. | B-First | Unsecured | 335.04 | 427.62 |
| 11. | Aspire | Unsecured |  | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 13. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 14. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,385.38 | $ 4,751.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 26.01 |
| 6.5% | 52.60 |
| 3% | 6.49 |
| 5.5% | 36.67 |
| 5% | 11.05 |
| 4.8% | 21.18 |
| 5.4% | 103.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lang, Christopher W | Case Number: 04 B 16278 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 4/26/04 |

_____
$ 257.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____